# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   FRANK BRANIGAN | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 19-16690 |
| | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion to Impose the Stay *("the Motion")*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Request For an Expedited Hearing **GRANTED.**

2. A hearing to consider the Motion shall be and hereby is scheduled on __October 29__, **2019, at   10:00 a.m.  , in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), Counsels representing the mortgage companies (if any), all secured creditors and all priority creditors by   facsimile   transmission and e-mail transmission **no later than 12:00 p.m. on** __October 28, 2019__. If the hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

Date: October 28, 2019

*[Signature: Jean K. FitzSimon]*

Honorable Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE