# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  FRANK BRANIGAN | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 19-16690 |
| | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2019, upon Motion of the Debtor pursuant to 11 U.S.C. § 362 (c)(4)(B), the Stay in this case is IMPOSED in the above case as to all creditors, and shall remain in effect for the duration of this case unless relief from same is granted.

BY THE COURT:

_Ellen K. FitzSimon_

_____

**Date: October 29, 2019**                                                                                          J.