# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank Branigan | CHAPTER 13 |
| | BKY. NO. 19-16690 JKF |
| <u>Debtor</u> | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC and index same on the master mailing list.

                                      Respectfully submitted,
                                      **/s/ Rebecca A. Solarz, Esq**
                                      Rebecca A Solarz, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322