United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 19-16690-jkf
Frank Branigan   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Randi   Page 1 of 1   Date Rcvd: Oct 28, 2019
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.
db        +Frank Branigan,   215 LIncoln Terrace,   Norristown, PA 19403-3319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:
        PAUL H. YOUNG   on behalf of Debtor Frank  Branigan support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                        TOTAL: 2

# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   FRANK BRANIGAN | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 19-16690 |
| | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion to Impose the Stay *("the Motion")*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Request For an Expedited Hearing **GRANTED.**

2. A hearing to consider the Motion shall be and hereby is scheduled on   October 29   , 2019, at   10:00 a.m.   , **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), Counsels representing the mortgage companies (if any), all secured creditors and all priority creditors by   facsimile transmission and e-mail transmission **no later than 12:00 p.m.** **on**   October 28, 2019. If the hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

Date: October 28, 2019

*[Signature]*

Honorable Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE