United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frank Branigan  
    Debtor

Case No. 19-16690-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Oct 29, 2019  
                         Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.  
db          +Frank Branigan,    215 LIncoln Terrace,    Norristown, PA 19403-3319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: megan.harper@phila.gov Oct 30 2019 03:32:18    City of Philadelphia,  
           City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
           Philadelphia, PA   19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 30 2019 03:32:05  
           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
           Harrisburg, PA   17128-0946  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 30 2019 03:32:18    U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                   TOTAL: 3

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:  
         PAUL H. YOUNG    on behalf of Debtor Frank  Branigan support@ymalaw.com,    ykaecf@gmail.com,  
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                  TOTAL: 2

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   FRANK BRANIGAN                :        CHAPTER 13
                                        :
Debtor                                  :        BANKRUPTCY NO. 19-16690
                                        :

## ORDER

**AND NOW**, this _____ day of _____, 2019, upon Motion of the Debtor pursuant to 11 U.S.C. § 362 (c)(4)(B), the Stay in this case is IMPOSED in the above case as to all creditors, and shall remain in effect for the duration of this case unless relief from same is granted.

BY THE COURT:

_____
                                                                          J.

**Date: October 29, 2019**