```
                                  United States Bankruptcy Court
                                  Eastern District of Pennsylvania
In re:                                                                                  Case No. 19-16690-jkf
Frank Branigan                                                                          Chapter 13
        Debtor
                                            CERTIFICATE OF NOTICE
District/off: 0313-2           User: JEGilmore              Page 1 of 2                  Date Rcvd: Jan 29, 2020
                               Form ID: pdf900              Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db             +Frank Branigan,    215 LIncoln Terrace,    Norristown, PA 19403-3319
14411338        Bayview Loan Servicing,    PO Box 1288,    Buffalo, NY 14240-1288
14419216       +Bayview Loan Servicing, LLC,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
14412555       +Bayview Loan Servicing, LLC,    C/O Rebecca A Solarz, Esquire,    KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14411340       +Bayview Loan Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Dept.,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14411341       +First Premier Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
14411343       +KML Law Group, P.C.,    701 Market Street,   Suite 5000 - BNY Mellon Independence Cen,
                 Philadelphia, PA 19106-1538
14411344       +Southern Management Sy,    625-C Herndon Av,    Orlando, FL 32803-5187
14440697       +West Norriton Township,    c/o James R. Wood, Esquire,    Portnoff Law Associates, Ltd,
                 2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726
14411346       +West Norriton Township,    c/o Portnoff Law Associates, LTD,    PO Box 3020,
                 Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:34      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2020 03:27:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 30 2020 03:27:29      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14444674        E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 03:27:05      Ally Financial Lease Trust,
                 PO Box 130424,    Roseville, MN 55113-0004
14416998        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 03:33:37
                 Ashley Funding Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14411339       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 30 2020 03:27:30
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,   Miami, FL 33146-1837
14448306       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 30 2020 03:27:30
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables FL 33146-1837
14445646       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 03:33:55
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
14411342       +E-mail/Text: cio.bncmail@irs.gov Jan 30 2020 03:27:10      IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
14448175        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 03:33:36      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14416997        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 03:34:18      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14445213       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 30 2020 03:27:28      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14411345       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 30 2020 03:27:02
                 Verizon,    500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +West Norriton Township,    c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2                Date Rcvd: Jan 29, 2020
                              Form ID: pdf900           Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Norriton Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              PAUL H. YOUNG    on behalf of Debtor Frank  Branigan support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Frank Branigan<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-16690-JKF |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 29, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE